**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

TYLON CALVIN KING                                                                                          PLAINTIFF
ADC #149229

V.                                        NO: 3:15CV00213 DPM/PSH

ROB ROUNDSVILLE *et al*                                                                            DEFENDANTS

## ORDER

The Clerk is directed to change the style of the case to reflect the correct names of Defendants Clayburn Hicks and Luther Whitfield, as set forth in their answer (docket entry 10).

IT IS SO ORDERED this 26th day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE