**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

TYLON CALVIN KING                                                                                          PLAINTIFF
ADC #149229

V.                                              NO: 3:15CV00213 PSH

ROB ROUNDSVILLE *et al*                                                                              DEFENDANTS

## ORDER

On March 14, 2016, mail sent to plaintiff at his address of record was returned as undeliverable (Doc. No. 17). Accordingly, plaintiff is directed to file a notice of his current mailing address no later than 30 days after this order's entry date. Plaintiff's failure to do so will result in the dismissal of his complaint. Because the Arkansas Department of Correction's public website indicates plaintiff may be held at the Grimes Unit, the Clerk is directed to send a copy of this order to plaintiff at his address of record, as well as at the Grimes Unit, 300 Corrections Drive, Newport, AR 72112.

IT IS SO ORDERED this 24th day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE