# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

TYLON CALVIN KING                                                           PLAINTIFF
ADC #149229

V.                              NO: 3:15CV00213 PSH

ROB ROUNDSVILLE *et al*                                                   DEFENDANTS

## <u>ORDER</u>

     Defendants have moved for summary judgment as to some claims plaintiff Tylon Calvin King has raised against them (Doc. Nos. 24 & 32).  King now has an opportunity to file responses opposing the motions.  To be considered, the responses must be filed within fourteen (14) days of this order's entry date.[1]

     In opposing the motions for summary judgment, King may attach affidavits that he or others have signed.  Because affidavits are sworn statements, they must be either notarized or declared under penalty of perjury (*see* 28 U.S.C. § 1746).  Unsworn statements will not be considered in deciding the motion for summary judgment.  And to be considered, an affidavit must be based on the personal knowledge of the person who signs it.

     If King files a response, he must also file a separate, short statement setting forth the disputed facts that he believes must be decided at a trial.  *See* Local Rule 56.1, Rules of the United States District Court for the Eastern District of Arkansas.  While King is not required to file a response to the motions for summary judgment, if he does not respond, the Court can assume that the facts set

---

[1]King has already filed a response to the motion filed by defendants Dale Cook, Clayburn Hicks, Rob Roundsville, and Luther Whitfield (Doc. No. 27).

out in the statements of facts (Doc. Nos. 26 & 34) are true.

IT IS SO ORDERED this 4th day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE