**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

TYLON CALVIN KING                                                              PLAINTIFF

V.                              NO: 3:15CV00213 PSH

ROB ROUNDSVILLE *et al*                                               DEFENDANTS

## ORDER

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice with respect to plaintiff Tylon Calvin King's claims regarding his cell toilet, food, and medical care, and with prejudice in all other respects; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 7th day of September, 2016.

_____
UNITED STATES MAGISTRATE JUDGE